FILED

10/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0070

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO.  DA 20-0070

IN RE THE MARRIAGE OF:

SHARILYN J. SIMONSEN,

Appellee,

vs.

RUSSEL A. SIMONSEN,

Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

SUPREME COURT CAUSE No. DA 20-0070
DISTRICT COURT CAUSE No. CDR-18-0216

**ORDER EXTENDING DEADLINE TO FILE REPLY BRIEFS**

UPON REVIEW of the Appellant's *Motion for Extension of Time to File Reply Brief (Unopposed)* and with good cause being shown;

IT IS HEREBY ORDERED that the Appellant's Reply Brief Deadline is VACATED and RESET for the 27th day of November, 2020.

No further extensions will be granted.

ORDERED this ___ day of October, 2020.

_____
SUPREME COURT JUSTICE

CC:
- Appellant, c/o Patrick F. Flaherty
- Appellee, c/o Dana A. Henkel

**ORDER**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2020